IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

QUINSHUN NANCE                                                         PLAINTIFF
ADC # 171657

v.                              No. 4:24-cv-1038-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;  LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;  WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;  ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;  WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;  SARAH HUCKABEE
SANDERS, Governor, Arkansas;  and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                            DEFENDANTS

ORDER

Nance hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed.  Doc. 4.  His complaint will therefore be dismissed without prejudice.  Local Rule 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2025